SUSAN S. MUCK (CSB NO. 126930)
DEAN S. KRISTY (CSB NO. 157646)
HEATHER N. MEWES (CSB NO. 203690)
EMILY ST. JOHN COHEN (CSB NO. 239674)
FENWICK & WEST LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350
smuck@fenwick.com; dkristy@fenwick.com;
hmewes@fenwick.com; ecohen@fenwick.com

KALAMA M. LUI-KWAN (CSB NO. 242121)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone: (650) 988-8500
Facsimile:  (650) 938-5200
klui-kwan@fenwick.com

Attorneys for Defendants
CONNETICS CORP., THOMAS G. WIGGANS,
and C. GREGORY VONTZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLUMBERS' & PIPEFITTERS' LOCAL # 562 PENSION FUND, On Behalf of Itself and Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CONNETICS CORPORATION, THOMAS G. WIGGANS, C. GREGORY VONTZ and ALEXANDER J. YAROSHINSKY,<br><br>Defendants. | Case No.  C 06-5691-PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING FILING OF CONSOLIDATED COMPLAINT AND MOTION TO DISMISS BRIEFING SCHEDULE** |

This Stipulation is entered into by and among plaintiff Plumbers' & Pipefitters' Local # 562 Pension Fund and defendants Connetics Corp., Thomas G. Wiggans, C. Gregory Vontz, and

Alexander J. Yaroshinsky (collectively, "Defendants") by and through their respective counsel of record.

WHEREAS, two separate actions have been filed in this Court alleging violations of the federal securities laws, *Plumbers' & Pipefitters' Local #562 Pension Fund v. Connetics Corp., Thomas G. Wiggans, C. Gregory Vontz, and Alexander J. Yaroshinsky*, Case No. C 06-5691-PJH, and *Almar T. Widiger Living Trust v. Connetics Corp., Thomas G. Wiggans, C. Gregory Vontz, and Alexander J. Yaroshinsky*, Case No. C 06-06250-VRW;

WHEREAS, plaintiffs in the *Plumbers' & Pipefitters' Local #562* and *Almar T. Widiger Living Trust* actions have not filed a consolidated complaint;

WHEREAS, Defendants' time to answer, move, or otherwise respond to the complaint in the *Plumbers' & Pipefitters' Local #562* action has not expired; and

WHEREAS, Defendants intend to file a motion to dismiss all of the claims asserted against them;

IT IS HEREBY STIPULATED, pursuant to Northern District of California Civil Local Rule 6-1, by and between the undersigned counsel for the parties that:

1. Defendants are not required to respond to the complaint in the action captioned *Plumbers' & Pipefitters' Local #562 Pension Fund v. Connetics Corp., Thomas G. Wiggans, C. Gregory Vontz, and Alexander J. Yaroshinsky*, Case No. C 06-5691-PJH, other than a consolidated complaint or a complaint designated as the operative complaint;

2. Within sixty (60) days after the entry of an order designating a lead plaintiff, the lead plaintiff shall file a consolidated complaint, unless otherwise agreed upon by the parties. The consolidated complaint shall be the operative complaint and shall supersede the complaint in this action;

3. Defendants shall respond to the consolidated complaint within sixty (60) days after service, unless otherwise agreed upon by the parties; and

4. If Defendants file any motion directed at the consolidated complaint, opposition briefs shall be filed within forty-five (45) days of such motions, and reply briefs shall be filed within thirty (30) days of such oppositions, unless otherwise agreed upon by the parties.

1  IT IS FURTHER STIPULATED, pursuant to Northern District of California Civil Local Rule 6-1, by and between the undersigned counsel for the parties, that the parties may enter into and submit a further appropriate stipulation amending this filing.

Dated: October 19, 2006         FENWICK & WEST LLP

By:  /s/
     Kalama M. Lui-Kwan

Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Defendants CONNETICS CORP., THOMAS G. WIGGANS, and C. GREGORY VONTZ

Dated: October 19, 2006         DLA PIPER

By:  /s/
     Shirli Fabbri Weiss

401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-3650
Facsimile: (619) 699-2701

Attorneys for Defendant ALEXANDER J. YAROSHINSKY

Dated: October 19, 2006         LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP

By:  /s/
     Shawn A. Williams

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

Attorneys for Plaintiff PLUMBERS' & PIPEFITTERS' LOCAL 562 PENSION FUND

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Shirli Fabbri Weiss and Shawn A. Williams.

1          * * *

2  **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

3

4  DATED: __October 27__ 2006        _____
                                      The Honorable _____
5                                     United States _____

6  25251/00501/LIT/1256947.2



                                                    STIPULATION AND ORDER
                                    4               CASE NO: C 06-5691-PJH

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW