| | |
|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER |
|   |   RUDMAN & ROBBINS LLP |
| 2 | JEFFREY W. LAWRENCE (166806) |
|   | DENNIS J. HERMAN (220163) |
| 3 | 100 Pine Street, Suite 2600 |
|   | San Francisco, CA 94111 |
| 4 | Telephone: 415/288-4545 |
|   | 415/288-4534 (fax) |
| 5 | jlawrence@lerachlaw.com |
|   | dherman@lerachlaw.com |

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PLUMBERS' & PIPEFITTERS' LOCAL #562 PENSION FUND, On Behalf of Itself and All Others Similarly Situated, | ) ) ) ) | No. C-06-05691-PJH<br><br>CLASS ACTION |
| Plaintiff, | ) ) | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1) |
| vs. | ) ) | AND ORDER |
| CONNETICS CORPORATION, et al., | ) ) | |
| Defendants. | ) ) | |

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, class member Plumbers' & Pipefitters' Local #562 Pension Fund ("Plumbers & Pipefitters") filed a class action complaint on behalf of itself and all others similarly situated against Connetics Corporation, Thomas G. Wiggins, C. Gregory Vontz and Alexander J. Yaroshinsky on September 18, 2006, captioned *Plumbers' & Pipefitters' Local #562 Pension Fund v. Connetics Corp., et al.*, Case No. 3:06-cv-05691-PJH ("Complaint"); and

NOW, NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plumbers & Pipefitters voluntarily dismisses the Complaint without prejudice.

DATED:  November 7, 2006        Respectfully submitted,

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
RAMZI ABADOU

               s/ Ramzi Abadou
               RAMZI ABADOU

655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JEFFREY W. LAWRENCE
DENNIS J. HERMAN
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

Attorneys for Plaintiff



IT IS SO ORDERED
Judge Phyllis J. Hamilton

NOTICE OF VOLUNTARY DISMISSAL PURSUANT
TO FED. R. CIV. P. 41(a)(1) - C-06-05691-PJH                                           - 1 -

CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

 s/ Ramzi Abadou
RAMZI ABADOU

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail: ramzia@lerachlaw.com

# Mailing Information for a Case 3:06-cv-05691-PJH

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Kalama M. Lui-Kwan**
  klui-kwan@fenwick.com slim@fenwick.com

- **Alan R. Plutzik**
  aplutzik@bramsonplutzik.com

- **Darren J. Robbins**

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;MariaM@lerachlaw.com;MoniqueW@lerach

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)